UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PEREZ (A-Number: 232-541-556),<br><br>                    Petitioner,<br><br>     v.<br><br>CHRISTOPHER CHESTNUT,<br><br>                    Respondent. | No.  2:26-cv-01386-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENT TO PROVIDE AN INDIVIDUALIZED BOND HEARING WITHIN SEVEN DAYS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 8 |

Petitioner Antonio Perez is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and directing respondent to provide petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a).  Doc. 8.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On April 22, 2026, respondent filed a one-sentence objection, objecting "for the same reasons advanced in Respondents' earlier filing."  Doc. 9.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having

1

carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on April 22, 2026, Doc. 8, are ADOPTED in full.

2. The petition for writ of habeas corpus is GRANTED.

3. Respondent is ORDERED to provide petitioner Antonio Perez (A-Number: 232-541-556) with a bond hearing before a neutral decisionmaker pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order.  Respondent shall immediately provide petitioner with a copy of this Order and shall provide him with 48 hours' written notice before the bond hearing.  If respondent does not provide petitioner with a bond hearing within seven days, then respondent must release him.

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:　　April 27, 2026　　

_____
UNITED STATES DISTRICT JUDGE

2